# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   21-884-ADC |
| SEAN REIDPATH SULLIVAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   In or about July of 2020   in the county of   Anne Arundel   in the
_____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 545 and 922 (l) | Unlawful Importation of a Firearm into the United States |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent James Nugent.

☑ Continued on the attached sheet.

JAMES NUGENT
Digitally signed by JAMES NUGENT
Date: 2021.03.24 11:28:09 -04'00'

*Complainant's signature*

Special Agent James Nugent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   25 March 2021

*A. David Copperthite*
*Judge's signature*

City and state:   Baltimore, MD           A. David Copperthite, U.S.M.J.
*Printed name and title*