Case 1:23-cr-00257-JRR   Document 17   Filed 08/13/21   Page 1 of 1

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

9:23 am, Aug 13 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| | : |
| **v.** | : Case No. 21-cr-0884 [SEALED] |
| | : |
| **SEAN SULLIVAN** | : |
| | : |
| **Defendant** | : |

## ORDER

Upon consideration of the Defendant's Motion to Modify Conditions of Pretrial Release, it is this __12th__ day of August 2021, hereby:

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that Mr. Sullivan is permitted to retrieve his passport from the Clerk's Office and travel to Brazil from August 22-August 26, 2021, and to Canada on August 28 or August 29, 2021; and it is further

**ORDERED**, that Mr. Sullivan must return his passport to the Clerk's Office within three days of August 30, 2021; and it is further

**ORDERED**, that all other pretrial release conditions remain unchanged.

_____
Hon. Deborah L. Boardman
United States District Judge