

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Choose a division.

February 25, 2022

### RECEIPT FOR RETURN OF PASSPORT

Re:   UNITED STATES OF AMERICA vs. "Sean Reidpath Sullivan"
      Case No. 1:21MJ00884

I hereby acknowledge receipt from the Clerk of one Passport ending with 9661 issued by the United States of America which is being returned pursuant to the Courts Order. Defendant must return passport within three business days of April 3, 2022.

February 25, 2022            _____
Date                         Signature of Defendant or Counsel

Receipt for Return of Passport (8/13/2008)

---

Northern Division $ 4228 U.S. Courthouse $ 101 W. Lombard Street $ Baltimore, Maryland 21201$ 410-962-2600
Southern Division $ 200 U.S. Courthouse $ 6500 Cherrywood Lane $ Greenbelt, Maryland 20770 $ 301-344-0660

Visit the U.S. District Court=s Website at www.mdd.uscourts.gov