

USDC- BALTIMORE
'23 OCT 4 PM3:03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. __23-cr-0257-JRR__ |
| LARRY ALLEN VICKERS, | * | (UNDER SEAL) |
| Defendant. | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL SUPERSEDING INFORMATION

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order sealing the Superseding Information in the above-captioned matter. The defendant is a cooperator in two separate investigations and if his plea is disclosed before the government has had an opportunity to indict in the other case, it might compromise that investigation.

WHEREFORE, the government respectfully requests that the Superseding Information, along with this Motion and the Court's reasons for sealing, if made express in the order, be placed under seal until further order of this Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
P. Michael Cunningham
Assistant United States Attorney

**ORDERED** as prayed, this _____ day of October, 2023.

_____
Honorable A. David Copperthite
United States Magistrate Judge