___ FILED     ___ ENTERED
___ LOGGED   ___ RECEIVED

4:00 pm, Oct 19 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.                                *         Case No.   JRR 23-257-002
                                   *
Larry Allen Vickers                *
******

## WAIVER OF INDICTMENT

I, __**Larry Allen Vickers**__, the above-named defendant, who is accused of:

18:371 CONSPIRACY TO INTERFERE WITH GOVERNMENT FUNCTIONS AND TO VIOLATE FEDERAL LAW REGULATING FIREARMS.

(1s)

50:1705(a) CONSPIRACY TO VIOLATE IEEPA AND THE UKRAINE-/RUSSIA-RELATED SANCTIONS REGULATIONS

(2s)

and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __October 19, 2023__ prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before:

_____
United Stated District Judge, Julie R. Rubin