IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23 cr-0257-JRR |
| | * | |
| SEAN REIDPATH SULLIVAN, | * | |
| LARRY ALLEN VICKERS, | * | |
| JAMES CHRISTOPHER TAFOYA, | * | |
| MATTHEW JEREMY HALL, and | * | |
| JAMES SAWYER, | * | |
| | * | |
| Defendants. | * | |

*******

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order unsealing the Indictment in the above-captioned matter. The investigation and other matters have progressed to a point where the justifications for sealing the Indictment and this case are no longer applicable.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
P. Michael Cunningham
Christine Goo
Assistant United States Attorneys

_October 19, 2023_
Date

ORDERED as prayed, this 19th day of October, 2023.

_____
Honorable ~~Matthew J. Maddox~~ Adam B. Abelson
United States Magistrate Judge