IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 23-cr-0257-JRR |
| LARRY ALLEN VICKERS, | * | |
| Defendant. | * | |

*******

## MOTION TO UNSEAL SUPERCEDING INFORMATION

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order unsealing the Superceding Information in the above-captioned matter. The investigation and other matters have progressed to a point where the justifications for sealing the Superceding Information and this case are no longer applicable.

Respectfully submitted,

Erek L. Barron
United States Attorney

October 19, 2023
Date

By: /s/ P. Michael Cunningham
P. Michael Cunningham
Christine Goo
Assistant United States Attorneys

ORDERED as prayed, this 19th day of October, 2023.

Honorable ~~Matthew J. Maddox~~ Adam B. Abelson
United States Magistrate Judge