IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 23-cr-0257-JRR |
| JAMES SAWYER, | ) |
| Defendant. | ) |

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(*Under Rule 20*)

I, James Sawyer, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to Count Twenty of the charged indictment, to consent to the disposition of the case in the Northern District of Alabama, in which I reside and to waive trial in the above captioned District.

January 6, 2024 at Haleyville, AL
Date/Place

James Sawyer
Defendant

Witness

Thomas Rafter
Counsel for Defendant

Approved:

Prim F. Escalona
United States Attorney
Northern District of Alabama

Erek L. Barron
United States Attorney
District of Maryland

PAUL CUNNINGHAM
Digitally signed by PAUL CUNNINGHAM
Date: 2024.01.12 09:20:06 -05'00'