# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 1:23-CR-00257-5-JRR |
| **JAMES SAWYER** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 21st day of August, 2023, that Thomas Rafter is hereby appointed to represent the individual.

/s/
_____

Julie R. Rubin
UNITED STATES DISTRICT JUDGE