IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : Case No. JRR-23-0257 |
| | : |
| SEAN REIDPATH SULLIVAN | : |
| | : |
| **Defendant** | : |

**NOTICE REGARDING MR. SULLIVAN'S PRE-TRIAL MOTIONS
ECF NOS. 141 AND 142**

Sean Reidpath Sullivan, the Defendant, by and through undersigned counsel, files this notice to inform the Court that because the parties are working in good faith to finalize a resolution of this case, Mr. Sullivan hereby withdraws his pending pre-trial motions, ECF Nos. 141 and 142.

Respectfully submitted,

James Wyda
Federal Public Defender
 for the District of Maryland

_____/s/_____
James Wyda (#25298)
Jonathan Hettleman (#21354)
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax:    (410) 962-3976
Email: jim_wyda@fd.org
           jonathan_hettleman@fd.org

1