IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES CHRISTOPHER TAFOYA,<br><br>*Defendants*. | Criminal No. 1:23-CR-00257-JRR |

**STIPULATED ORDER STAYING THE BRIEFING SCHEDULE**

The parties in this matter have conferred about the briefing schedule on Defendant Tafoya's substantive motions following the Court's informal status conference on April 10, 2025. Given that Defendant Tafoya is petitioning Attorney General Pamela Bondi's Second Amendment Task Force for a review of his case to determine if the matter should proceed, the parties have agreed that the most efficient use of resources at this time would be to stay the briefing schedule on Defendant Tafoya's substantive motions until the parties receive an official determination from the Second Amendment Task Force, or the cognizant Section responsible for reviewing Second Amendment prosecutions within DOJ, of whether this prosecution may proceed under the current guidelines set forth by Attorney General and the Department of Justice. With that in mind, the parties have agreed to stay the briefing schedule until that determination is received to by the parties. Accordingly, by way of the parties' stipulation and the Court's approval,

IT IS ORDERED that the current briefing schedule is hereby vacated; once the parties receive a determination from the Second Amendment Task Force, or cognizant Section within

DOJ, the parties shall notify the Court and request a status conference to revisit the briefing schedule, if necessary.

April 25, 2025

                                            Julie R. Rubin
                                            United States District Judge

**Submitted by:**

*/s/ Marc M. Lowry*
Rothstein Donatelli LLP
*Counsel for Defendant James Tafoya*