IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**SEAN REIDPATH SULLIVAN and JAMES CHRISTOPHER TAFOYA,**<br><br>*Defendants.* | Case No. 23-CR-00257-JRR |

## ORDER

The parties in this matter have conferred in this matter and, based on communication with the Office of the Deputy Attorney General, have agreed to request a 30-day continuance of the May 19, 2025, hearing date. The parties have further conferred and stipulated that the period of time from May 12, 2025, to the new date of the hearing shall be excludable for the purposes of the Speedy Trial Act.

It is hereby **ORDERED**, that the request for a continuance of the May 19, 2025 hearing is **GRANTED,** and herein rescheduled to commence on June 23, 2025; and it is further **ORDERED**, pursuant to 18 U.S.C. §3161(h)(7)(A), that the time from May 12, 2025 until June 23, 2025 shall be, and are hereby, **EXCLUDED** from the computation of time in which Defendant Sullivan and Defendant Tafoya must be tried on the operative indictment.

Date: May 19, 2025

/S/
_____
The Honorable Julie R. Rubin
United States District Judge