IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>**SEAN REIDPATH SULLIVAN and JAMES CHRISTOPHER TAFOYA,**<br><br>*Defendants.* | Case No. 23-CR-00257-JRR |

# ORDER

The parties in this matter have conferred in this matter and based on defense counsel's unforeseen circumstances, have agreed to request a 30-day continuance of the June 23, 2025, hearing date. The parties have further conferred and stipulated that the period of time from June 23, 2025, until July 28, 2025, shall be excludable for the purposes of the Speedy Trial Act.

Pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice will be served by excluding the from June 23, 2025, until July 28, 2025, for purposes of calculating the time by which Defendants Sullivan and Tafoya must be tried; the exclusion of time outweighs the best interest of the public in a speedy trial; and failure to grant the Government's consent motion would likely result in a miscarriage of justice due to the seriousness of the charged offenses. Moreover, it is well-established that defendants charged in the same conspiracy should be tried together, *United States v. Reavis*, 48 F.3d 763 (4th Cir. 1995); and time excludable for one conspiracy co-defendant is excludable for all. *United States v. Kellam*, 568 F.3d 125 (4th Cir. 2009).

It is hereby **ORDERED**, that the request for a continuance of the June 23, 2025 hearing is **GRANTED,** and herein rescheduled to commence on July 28, 2025; and it is further **ORDERED**,

pursuant to 18 U.S.C. §3161(h)(7)(A), that the time from June 23, 2025 until July 28, 2025 shall be, and are hereby, **EXCLUDED** from the computation of time in which Defendant Sullivan and Defendant Tafoya must be tried on the operative indictment.

Date: 6.23.2025

/S/

_____

The Honorable Julie R. Rubin
United States District Judge